UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| In re: Joshua Aaron Clinedinst <br><br> Debtor(s) | CASE NO. 24-50023 <br> CHAPTER 7 |
|---|---|

## MOTION TO QUASH GARNISHMENT

Comes now your applicant, __Joshua Aaron Clinedinst__, by counsel, pursuant to Bankruptcy Code §362 (a), and respectfully represents:

1. That your applicant has filed his petition for relief under Chapter __7__ of Title 11 of the United States Code;

2. That your applicant is subject to a garnishment issued by the (name and address of the Court) __Augusta County General District Court   6 East Johnson St   Staunton, VA 24401__ within 90 days of the filing of the above-named petition;

3. That said garnishment is in favor of (name and address of creditor) __LVNV Funding LLC   C/O 8028 Ritchie Highway S-300   Pasadena MD 21122__ and has a return date of __3/4/24__, and the first withholding is to be made by your applicant's employer (name and address) __AG Stacker   S/O Matthew Von Schuch   90 North Main St Ste 201   Harrisonburg VA 22803__ on (date) __1/18/24__
OR applicant's employer (name and address) _____

has withheld the sum of $ __324.60__.

WHEREFORE, your applicant prays that said garnishment be quashed and that he/she have such other and further relief as the nature of his/her case may require.

Copies hereof are directed by mail to the debtor, creditor, and debtor's employer.

DATE: 1/19/23

Respectfully submitted,

By: __Josh Clinedinst__
    Applicant

FILED HARRISONBURG, VA
U.S. BANKRUPTCY COURT
9:40 AM
JAN 19 2024
By __XS__
    Deputy Clerk

i18.frm

# GARNISHMENT SUMMONS
Commonwealth of Virginia Va. Code §§ 8.01-511, 8.01-512.3

................ AUGUSTA CO ................ General District Court
COURT NAME

6 East Johnson St  Staunton VA  24401
COURT ADDRESS AND TELEPHONE NUMBER

TO ANY AUTHORIZED OFFICER: You are hereby commanded to serve this summons on the judgment debtor and the garnishee.

TO THE GARNISHEE: You are hereby commanded to (1) file a written answer with this court, or (2) deliver payment to this court, or (3) appear before this court on the hearing date and time shown on this summons to answer the Suggestion for Summons in Garnishment of the judgment creditor that, by reason of the lien of writ of fieri facias, there is a liability as shown in the statement upon the garnishee.

As garnishee, you shall withhold from the judgment debtor any sums of money to which the judgment debtor is or may be entitled from you during the period between the date of service of this summons on you and the date for your appearance in court, subject to the following limitations: (1) The maximum amount which may be garnished is the "TOTAL BALANCE DUE" as shown on this summons. (2) You shall not be liable to the judgment creditor for any property not specified in this garnishment summons. (3) If the sums of money being garnished are earnings of the judgment debtor, then the provision of "MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT" shall apply.

If a garnishment summons is served on an employer having one thousand or more employees, then money to which the judgment debtor is or may be entitled from his or her employer shall be considered those wages, salaries, commission or other earnings which, following service on the garnishee-employer, are determined and are payable to the judgment debtor under the garnishee-employer's normal payroll procedure with a reasonable time allowance for making a timely return by mail to this court.

1-3-24
DATE OF ISSUANCE OF SUMMONS                    CLERK

TO GARNISHEE: On check or written answer, include return date, case number and judgment debtor's name. MAKE CHECK PAYABLE TO JUDGMENT CREDITOR AND DELIVER TO THE COURT.

DATE AND TIME OF DELIVERY OF WRIT OF FIERI FACIAS TO SHERIFF IF DIFFERENT FROM DATE OF ISSUANCE OF THIS SUMMONS

**WRIT OF FIERI FACIAS** TO ANY AUTHORIZED OFFICER: You are commanded to execute this writ and to make from the intangible personal estate of the judgment debtor(s) the principal, interest, costs and attorney's fees, less credits, shown in the Garnishment Summons. You are further commanded to make your return to the clerk's office according to law.

Homestead Exemption Waived? [ ] yes  [ ] no  [ ] cannot be demanded
1-3-24
DATE OF ISSUANCE OF WRIT                    CLERK

## CASE DISPOSITION
I ORDER that
[ ] the garnishee pay to the judgment creditor through the court $ ................ net of any credits.
[ ] the case be DISMISSED.
[ ] ................

DATE ENTERED                    JUDGE

---

CASE NO. GV22001545-00

JUDGMENT CREDITOR'S NAME
LVNV Funding LLC successor-in-interest to Sterling Jewelers, Inc.

STREET ADDRESS
c/o 8028 Ritchie Highway S-300

CITY, STATE, ZIP
Pasadena, Maryland 21122

TELEPHONE NUMBER

JUDGMENT CREDITOR'S ATTORNEY'S NAME
A.Connellee Armentrout VSB #83606
Michael J. Klima, Jr. VSB # 87012 | Scott E. Peters VSB # 87019
Klima, Peters & Daly, P.A.

ADDRESS
8028 Ritchie Hwy S-300, Pasadena, MD 21122

TELEPHONE NUMBER
888-768-2280

JUDGMENT DEBTOR'S NAME (SERVE)
Joshua Clinedinst

STREET ADDRESS
191 Montgomery Rd

CITY, STATE, ZIP
Staunton Virginia  24401-9566

SOCIAL SECURITY NUMBER         TELEPHONE NUMBER
XXX-XX-2328                    540-419-9300

GARNISHEE'S NAME
AGS Manufacturing, Inc

STREET ADDRESS
s/o Matthew Von Schuch 90 North Main St Ste 201

CITY, STATE, ZIP
Harrisonburg      VA      22803

DATE OF JUDGMENT               TELEPHONE NUMBER
February 6, 2023

STATEMENT
| Amount | Item |
|---|---|
| 3,629.56 | Judgment Principal |
| .00 | Credits |
| 138.53 | Interest |
| $67.00 | Judgment Costs |
| .00 | Attorney's Fees |
| 158.00 | Garnishment Costs |

3,993.09  $ ..... TOTAL BALANCE DUE
The garnishee shall rely on this amount.

22-32005-0

---

HEARING DATE & TIME
3/04/24  9:00 AM

**GARNISHMENT SUMMONS**

This is a garnishment against (check only one)
[X] the judgment debtor's wages, salary or other compensation.
[ ] some other debt due or property of the judgment debtor, specifically, ................

MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT
[ ] Support
[ ] 50%  [ ] 55%
[ ] 60%  [ ] 65%
(if not specified, then 50%)
[ ] state taxes, 100%
If none of the above are checked, then § 34-29(a) applies (a plain-language interpretation of this section is on the reverse of this GARNISHMENT SUMMONS).

$ ................
received by

................
JUDGMENT CREDITOR
[ ] Judgment debtor present

................
DATE

FORM DC-451 (FRONT) 1/07